145 So. 922

## George MILLER v. STATE.
### 6 Div. 427.

Court of Appeals of Alabama.
Jan. 10, 1933.

RICE, J.
Appeal dismissed.

---

141 So. 923

## Willie MIMS v. STATE.
### 5 Div. 846.

Court of Appeals of Alabama.
April 12, 1932.

BRICKEN, P. J.
Affirmed.

---

146 So. 923

## Jessie MINCEY v. STATE.
### 4 Div. 931.

Court of Appeals of Alabama.
Feb. 14, 1933.

Walters & Walters, of Troy, for appellant.

Thos. E. Knight, Jr., Atty. Gen., and Thos. S. Lawson, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Reversed and remanded on authority of Lee Carter v. State, 226 Ala. 96, 145 So. 814.

---

148 So. 922

## N. R. MITCHELL v. STATE.
### 7 Div. 982.

Court of Appeals of Alabama.
June 6, 1933.

RICE, Judge.
Appeal dismissed.

---

146 So. 923

## Robert MITCHELL v. STATE.
### 8 Div. 749.

Court of Appeals of Alabama.
March 7, 1933.

RICE, Judge.
Affirmed.

---

144 So. 924

## Dave MONOGAN v. STATE.
### 2 Div. 517.

Court of Appeals of Alabama.
Nov. 8, 1932.

SAMFORD, J.
Affirmed.

---

142 So. 924

## Tom J. MONROE v. CITY OF ATTALLA.
### 7 Div. 895.

Court of Appeals of Alabama.
June 30, 1932.

McCord & McCord, of Gadsden, for appellant.

E. G. Pilcher, of Gadsden, for appellee.

SAMFORD, J.

The defendant was convicted on appeal in the circuit court for a violation of section 50 of the Penal Code of the city of Attalla, which provides: "Any person who carries concealed about his person a bowie knife, knife, razor or instrument of like kind or description or a pistol or fire arms of any other kind or description, or an air gun, must on conviction be fined not less than ten nor more than fifty dollars." Proof was made by the city that within its jurisdiction and within the limitation of prosecution the defendant carried a pistol concealed about his person. It is contended by appellant that the proof was not sufficient to sustain a conviction. We find to the contrary.

The ordinance of the city was properly pleaded and proven by the city clerk, who was the custodian of the city's records.

We find no error in the record, and the judgment is affirmed.

Affirmed.